UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

YAEL BANAI, ET AL.  CIVIL ACTION

VERSUS

STATE FARM FIRE AND CASUALTY
COMPANY, ET AL.  NO. 23-00661-BAJ-RLB

RULING AND ORDER

This is a personal injury case that was removed to this Court on the basis of federal diversity jurisdiction under 28 U.S.C. § 1332. (Doc. 1). The Magistrate Judge has *sua sponte* issued a **Report and Recommendation (Doc. 26, the "Report")**, recommending that Plaintiff's Complaint be dismissed without prejudice pursuant to Local Rule 41(b) for failure to prosecute and failure to comply with Court orders. (*Id.*). Plaintiff's deadline to object to the Report has passed, without any objection from Plaintiff.

Having carefully considered the operative Complaint and related filings, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims in this matter be and are hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to comply with Court orders.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 25th day of September, 2024

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**